VALENTI LAW APC
Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189

Attorney for Plaintiff Raul Uriarte-Limon

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>　　　Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION, a Wahington corporation; 4480 HOLT BLVD. MONTCLAIR, LLC, a limited liability company; and DOES 1-10,<br><br>　　　Defendants. | Case No.: 5:24-cv-00619-KK-SP<br><br>NOTICE OF SETTLEMENT |

NOTICE OF SETTLEMENT - 1

1   Plaintiff RAUL URIARTE-LIMON hereby notifies the court that a global
2 settlement has been reached in the above-captioned case and the parties would like
3 to avoid any additional expense and further the interests of judicial economy.
4 Plaintiff therefore applies to this Honorable Court to vacate all currently set dates
5 with the expectation that Plaintiff will file a Notice of Dismissal with prejudice as
6 to all parties pursuant to F.R.Civ.P. 41(a)(1)(A)(i) within 60 days.

8  Respectfully submitted,

10  DATED:  May 9, 2024                    VALENTI LAW APC

12                                          By:   */s/ Matt Valenti*

13                                                Matt Valenti, Esq.
14                                                Attorney for Plaintiff